1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KATHERINE M. LLOYD-LOVETT (CABN 276256)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3932
7      FAX: (510) 637-3724
       Email: katherine.lloyd-lovett@usdoj.gov
8
   Attorneys for United States of America

FILED
MAR 16 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JACY MEIER,<br><br>　　　　Defendant. | CASE NO. 4-18-70349 MAG<br><br>SEALING APPLICATION AND<br>SEALING [PROPOSED] ORDER<br><br>UNDER SEAL |

The United States respectfully requests that the Notice of Proceedings on Out-Of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of The Federal Rules of Criminal Procedure and attached document, be filed under seal until further order of this Court with the exception that the Clerk's office may provide a copy of said sealed documents to the U.S. Attorney's Office.

The reason for this request is that the Complaint and Warrant was filed under seal by the Southern District of California.

///

///

///

///

SEALING APPLICATION AND
SEALING [PROPOSED] ORDER

1    WHEREFORE, I respectfully request that the Court issue an order granting this application.

2

3    DATED: March 15, 2018                                        Respectfully submitted,

4                                                                   ALEX G. TSE
                                                                  United States Attorney

5

6                                                                   KATHERINE M. LLOYD-LOVETT

7                                                                   Assistant United States Attorney

8

9                                                    **ORDER**

10    For good cause shown, IT IS HEREBY ORDERED THAT:

11    The Notice of Proceedings on Out-Of-District Criminal Charges Pursuant to Rules 5(c)(2) and

12 (3) of The Federal Rules of Criminal Procedure and attached document, be filed under seal until further

13 order of this Court with the exception that the Clerk's office may provide a copy of said sealed

14 documents to the U.S. Attorney's Office.

15    IT IS SO ORDERED.

16

17 DATED: March 16, 2018

18                                                  HONORABLE DONNA M. RYU
                                                 UNITED STATES MAGISTRATE JUDGE

SEALING APPLICATION AND
SEALING [PROPOSED] ORDER